


U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA

2003 JUL 21 PM 3:57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| POSITIVE BLACK TALK, INC., ) <br> d/b/a TAKE FO' RECORDS, ) <br> d/b/a TAKE FO' PUBLISHING ) <br> ) <br> VERSUS ) <br> ) <br> CASH MONEY RECORDS, INC., ) <br> UNIVERSAL RECORDS, INC., ) <br> UNIVERSAL MUSIC & VIDEO DIST., ) <br> INC., UNIVERSAL MUSIC GROUP, ) <br> INC., UNIVERSAL STUDIOS, INC., ) <br> and TERIUS GRAY p/k/a JUVENILE ) <br> _____) | CIVIL ACTION <br> NO. 02-0425 <br> <br> SECTION "A" <br> JUDGE ZAINEY <br> <br> MAGISTRATE 5 <br> MAG. JUDGE CHASEZ |

## NOTICE OF APPEAL

Please take notice that Universal Records, Inc., now a division of UMG Recordings, Inc. and Universal Music and Video Distribution Corp. appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment (Rec. Doc. No. 210) entered on July 11, 2003, by Judge Jay C. Zainey, denying defendants motion for award of attorneys' fees.

N1007755 1

Paid $105
___ Fee ~~Not Paid~~
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No. 211

On June 3, 2003, plaintiff Positive Black Talk, Inc. filed a Notice of Appeal from the May 19, 2003, Judgment (Rec. Doc. No. 196) dismissing plaintiff's claims with prejudice. Pursuant to F.R.A.P. 3(b)(2), these appeals should be consolidated and should proceed as a single matter.

Respectfully Submitted,

_____
R. PATRICK VANCE (La. Bar 13008)
THOMAS K. POTTER, III (T.A.) (La. Bar 17348)
GREGORY D. LATHAM (La. Bar 25955)
DIANA CROSS (La Bar 28008)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-8000
Fax: (504) 582-8011
**Attorneys for Defendants, Universal Records, Inc. and Universal Music and Video Distribution Corp.**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Appeal upon counsel of record for all parties to this proceeding, either by hand delivery or courier, or via the United States Postal Service, properly addressed and first-class postage prepaid, this 21st of July, 2003.

_____