United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

March 5, 2004

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 03-30625 Positive Black Talk v. Cash Money Records
    USDC No. 02-CV-425-A

The court has granted the motion to supplement the record in this case with attached transcript and exhibits.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 1 4 2005
LORETTA G. WHYTE
CLERK

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: Claudia Farrington
Claudia Farrington, Deputy Clerk

Mr Nathan T Gisclair Jr
Mr Bruce Victor Schewe
Mr Thomas K Potter III

MOT-2

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No. 229

CV 02-425 A
NO. 03-30625

U.S. COURT OF APPEALS
FILED
MAR 0 4 2004
CHARLES R. FULBRUGE III
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

POSITIVE BLACK TALK, INC., D/B/A TAKE FO' RECORDS,
D/B/A TAKE FO' PUBLISHING
    Plaintiff - Counter Defendant - Appellant

VERSUS

CASH MONEY RECORDS, INC., TERIUS GRAY, a/k/a Juvenile
    Defendants - Counter Claimants - Appellees
and
UMG RECORDINGS, INC.,
Universal Records Inc. merged into UMG Recordings, Inc.
UNIVERSAL MUSIC AND VIDEO DISTRIBUTION CORP.,
    Defendants - Appellees

*The Unopposed ~~[illegible]~~ Motion ~~[illegible]~~ Is Granted In Part Denied*

## UNOPPOSED MOTION, INCORPORATED MEMORANDUM, AND STIPULATION TO SUPPLEMENT THE RECORD ON APPEAL

NOW INTO COURT, through undersigned counsel, comes plaintiff, Positive Black Talk, Inc. (hereinafter "PBT"), which moves the Court, pursuant to Rule 10(e) of the Federal Rules of Appellate Procedure, for permission to supplement the record on appeal in this matter with the addition of the following:

1. That portion of the trial transcript containing the opening statements of all parties (separate transcript entitled "Opening Statements").

2. The proposed jury charges submitted by PBT.

3. That portion of the trial transcript containing the closing arguments of

all parties (p. 3-49 of separate transcript entitled "Closing Arguments and Jury Charge").

4. That portion of the trial transcript containing oral jury charges to the jury from the trial judge ( p. 49-79 of separate transcript entitled "Closing Arguments and Jury Charge").

5. That portion of the trial transcript containing the proffer of documents by PBT for appeal purposes (p. 80-82 of separate transcript entitled "Closing Arguments and Jury Charge").

PBT requests permission to supplement the record on appeal with those materials, attached hereto, for the following reasons:

Said proposed jury charges were inadvertently omitted from the record. PBT submitted its proposed jury charges directly to the judge's chambers on April 21, 2003, where they were time stamped accordingly. At that time, and again during the trial, PBT was assured that the proposed charges were or would be made part of the record. Through advertence, the proposed jury charges were not placed in the record itself and thus were not included with the record as forwarded to the Fifth Circuit Court of Appeals. The proposed jury charges attached hereto are submitted as a supplement to the record in conformity therewith.

PBT also requests supplementation of the record with those portions of the trial transcript regarding the opening statements, closing arguments, actual jury charges given by the trial court, and the proffer of evidence made by PBT. Those portions of

the trial transcript which are submitted to supplement the record have just been transcribed and were therefore not available for inclusion in the record at the time it was sent to the Court of Appeals.

The undersigned has contacted opposing counsel for all parties and there is no objection to the supplementation of the record as requested by PBT.

WHEREFORE, mover, Positive Black Talk, Inc., prays for an Order directing that the attached items be included in the record on appeal as a supplemental record, as authorized by Rule 10(e) of the Federal Rules of Appellate Procedure.

>Respectfully submitted,
>
>MONTGOMERY, BARNETT, BROWN, READ,
>HAMMOND & MINTZ, L.L.P.
>
>By: _____
>Nathan T. Gisclair, Jr. (#6269)
>J. Scott Loeb (#25771)
>Eugene J. Radcliff (#26100)
>3200 Energy Centre
>1100 Poydras Street
>New Orleans, LA   70163-3200
>(504) 585-7560
>Attorneys for Plaintiff-Appellant, PBT

Undersigned counsel for all respective appellees hereby stipulate and agree to the above motion and accompanying order to supplement the record of this appeal pursuant to F.R.A.P. 10(e)(2)(A).

*With permission.*

s/ Thomas K. Potter
Thomas K. Potter
Jones Walker, et al, L.L.P.
201 St. Charles Ave., 49th Floor
New Orleans, LA   70170
Attorney for the Universal Defendants

s/ Bruce Schewe
Bruce Schewe
Phelps Dunbar, L.L.P.
365 Canal Street
New Orleans, LA 70130-6534
Attorneys for Cash Money Records and Juvenile